IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JOANN HENSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:07cv265-SRW |
| | ) | (WO) |
| MICHAEL ASTRUE, Commissioner | ) | |
| of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

This action is presently before the court on plaintiff's motion (Doc. # 8) for an extension of time to file a brief in support of her claims and to exceed the page limit established by the court's briefing schedule. The court's order directed the Commissioner to serve a copy of the administrative record on the plaintiff when he filed his answer. The administrative record will be filed with the court, and plaintiff may refer to any evidence previously submitted to the Commissioner – and, therefore, made a part of the administrative transcript – by page number. Evidence previously submitted to the Commissioner need not be filed or attached to plaintiff's brief. As the court has advised the plaintiff, with the exception of determining whether new evidence warrants remand, the court may not consider evidence not previously submitted to the Commissioner and included in the administrative record. Accordingly, it is

ORDERED that the motion for extension of time is GRANTED. Plaintiff may file her brief in support of her claim on or before August 31, 2007.

It is further ORDERED that the motion to exceed the page limit is DENIED at this

time.

DONE, this 3rd day of August, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE