IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
JO ANN SPEIGNER HENSON,     )
                            )
     Plaintiff,             )
                            )     CIVIL ACTION NO.
     v.                     )     1:07cv265-MHT
                            )        (WO)
MICHAEL J. ASTRUE,          )
Commissioner of             )
Social Security,            )
                            )
     Defendant.             )
```

### JUDGMENT

In accordance with the memorandum opinion entered
this date, it is the ORDER, JUDGMENT, and DECREE of the
court as follows:

(1) Plaintiff's objections (Doc. No. 24) are
    overruled.

(2) The United States Magistrate Judge's
    recommendation (Doc. No. 22) is adopted.

(3) The final decision of the Commissioner of Social
    Security is affirmed.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 31st day of March, 2008.


      /s/ Myron H. Thompson
   UNITED STATES DISTRICT JUDGE